UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JENNIFER OBIAKOR,                                                    Case No.: 1:26-cv-01866-PAE

                                    Plaintiff,

                                                                    **NOTICE OF MOTION FOR**
                    -against-                                        **DEFAULT JUDGMENT**

NNENNA NP IN FAMILY HEALTH PRACTICE, PLLC
and PRISCILLA ORJI, *individually*,

                                    Defendants.

-----------------------------------------------------------------X

   **PLEASE TAKE NOTICE** that, upon the annexed Declarations of Plaintiff and Joshua

Friedman and the accompanying Memorandum of Law in Support, Plaintiff Jennifer Obiakor will

move this Court, before Honorable Paul A. Engelmayer, United States District Judge for the

Southern District of New York, at the United States Courthouse, located at 40 Foley Square, New

York, New York 10007, at a date and time to be set by the Court, for the entry of a default judgment

on liability pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Civil Rule

55.2(b), granting judgment by default in favor of Plaintiff.

Dated: New York, New York
   May 28, 2026

                      **PHILLIPS & ASSOCIATES,**
                      **ATTORNEYS AT LAW, PLLC**

The Court has received the plaintiff's motion papers
and supporting declarations, but has not received a
proposed default judgment, as required by the Court's
Individual Rules. Accordingly, counsel is directed to         By:  */s/ Joshua M. Friedman*
file a proposed default judgment by July 8, 2026.                  Joshua M. Friedman, Esq.
                                                                   *Attorney for Plaintiff*
SO ORDERED.                                                        45 Broadway, 28th Floor
                                                                   New York, New York 10006
                                                                   T: (212) 248-7431
_____                                    JFriedman@TPGLaws.com
   PAUL A. ENGELMAYER
   United States District Judge

Date: July 1, 2026
New York, New York

1