UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER OBIAKOR,

Plaintiff,

-v-

NNENNA NP IN FAM. HEALTH PRACTICE, PLLC *et al.*

Defendants.

26 Civ. 1866 (PAE)

ORDER TO SHOW CAUSE

PAUL A. ENGELMAYER, District Judge:

On March 6, 2026, plaintiff filed the complaint in this case. Dkt. 1. On April 13, 2026, plaintiff served defendants with process, making defendants' deadline to answer or otherwise respond May 4, 2026. Dkts. 11, 13. On May 22, 2026, plaintiff obtained a certificate of default as to defendants. Dkt. 19. On May 28, 2026, plaintiff moved for default judgment as to defendants. Dkt. 20.

Plaintiff's papers in support of the motion are in good order. If defendants wish to oppose the motion, their counsel shall enter a notice of appearance prior to August 13, 2026, and file an opposition on ECF, explaining why a default judgment is not warranted, by August 20, 2026.

Plaintiff is to serve this order, and the papers in support of the motion for default judgment, on defendants forthwith and file proof of this service no later than July 28, 2026.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 21, 2026
New York, New York