**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

JENNIFER OBIAKOR,

Plaintiff,

- against -

NNENNA NP IN FAMILY HEALTH PRACTICE, PLLC and PRISCILLA ORJI, *individually,*

Defendants.

---------------------------------------------------------------------X

Index No.: 1:26-cv-01866

**DEFAULT JUDGMENT ON LIABILITY**

This matter having come before the Court on Plaintiff Jennifer Obiakor's motion for default judgement on liability pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 55.2 against Defendants Nnenna NP in Family Health Practice, PLLC and Priscilla Orji (collectively "Defendants"); and

The Clerk of the Court having previously entered a Certificate of Default against Defendants on May 22, 2026 **(Exhibit D);** and

The Court having considered the moving papers, including the Declaration of Joshua M. Friedman, Esq., the exhibits annexed thereto, and the Memorandum of Law in Support; and good cause having been shown; it is hereby:

**ORDERED, ADJUDGED, AND DECREED** that a default judgment is entered in favor of Plaintiff Jennifer Obiakor and against Defendants for each cause of action asserted against them in the Corrected Complaint (**Exhibit A**) and it is further;

**ORDERED** that Plaintiff receive a judgment against Defendants for backpay in the amount of $61,193.55, wage violations in the amount of $43,156, prejudgment interest at 9% in the amount of $2,752.57, attorneys' fees in the amount of $15,021.25, costs/disbursements in the

amount of $828.75, for a total judgement of $122,952.12, plus emotional and punitive damages which will be decided following a limited inquest.

Dated: September 3, 2026
New York, New York

Paul A. Engelmayer

Hon. Paul Engelmayer