PHILLIPS & ASSOCIATES
*Attorneys at Law*
45 BROADWAY, 28TH FLOOR, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

September 17, 2026

***VIA* ECF:**
Honorable Paul A. Engelmayer
Honorable Robyn F. Tarnofsky
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** ***Jennifer Obiakor v. Nnenna NP in Family Health Practice, PLLC et al.***
Case No.: 1:26-cv-01866-PAE

Your Honor:

This office represents Plaintiff, Jennifer Obiakor, in the above-mentioned matter. Pursuant to the Court's Order dated September 11, 2026, Plaintiff shall file a Proposed Findings of Fact and Conclusion of Law application with supporting evidence for emotional and punitive damages by October 1, 2026. Pursuant to Your Honor's Individual Rules, Plaintiff's counsel respectfully requests an extension of seventy-five (75) days (until December 15, 2026) to complete such application due to Plaintiff's counsel still waiting on medical records and the assigned partner handling the matter, Joshua Friedman, currently being on Paternity Leave. Plaintiff's counsel has made no previous requests for an extension of time and Defendants have never responded in this matter.

For the purposes of Plaintiff's Proposed Findings of Fact and Conclusion of Law application and evidence, Plaintiff intends on relying on all pages of the following submissions for both the emotional and punitive damages in addition to furthering material to support its arguments: Plaintiff's Corrected Complaint (Dkt. No. 10), Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Default Judgement (Dkt. No. 23), and the Declaration of Jennifer Obiakor (Dkt. No. 22).

We thank the Court for its time and attention to this matter.

Application GRANTED. The deadline for Plaintiff to file her Proposed Findings of Fact and Conclusions of Law is extended from October 1, 2026 to **December 15, 2026**. The deadline for Defendants to file their response to Plaintiff's Proposed Findings of Fact and Conclusions of Law is extended from October 22, 2026 to **January 5, 2027**.

The Clerk of Court is respectfully requested to terminate ECF 32.

Dated: September 18, 2026
New York, NY

SO ORDERED
[signature]
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

PHILLIPS & ASSOCIATES
*Attorneys at Law*
45 BROADWAY, 28TH FLOOR, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

Respectfully,

*/s/ Joshua M. Friedman*_____

Joshua M. Friedman, Esq.
Phillips & Associates, PLLC
*Attorneys for Plaintiff*
45 Broadway, 28th Floor
New York, New York 10006
jfriedman@tpglaws.com